# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

YING YE, AS REPRESENTATIVE OF THE
ESTATE OF SHAWN LIN, DECEASED

VS.

GLOBAL SUNRISE, INC. AND
GLOBALTRANZ ENTERPRISES, INC.

C.A. No.: 1:18-cv-01961

Honorable Elaine E. Bucklo

## **PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

Plaintiff asks the Court to enter a default judgment against Defendant Global Sunrise, Inc. Global Sunrise, Inc. is a corporation. Corporations cannot litigate pro se; they must be represented by an attorney.[1] When a corporation's attorney withdraws, the company must retain a new attorney within a reasonable time.[2] If the corporation fails to do so, it has failed to defend the case and entry of default is appropriate under Federal Rule of Civil Procedure 55.[3]

Global Sunrise, Inc.'s previous counsel filed their motion to withdraw on May 15, 2019.[4] The Court granted the motion to withdraw on May 21, 2019.[5] The Court ordered Global Sunrise, Inc. to secure new counsel by June 21, 2019.[6]

More than two years have passed since the Court's deadline and Global Sunrise, Inc. has yet to secure new counsel. Therefore, Plaintiff moves that the Court enter a default judgment against Defendant Global Sunrise, Inc. Under Federal Rule of Civil Procedure 55(b)(2)(B), Plaintiff asks the Court to hold a hearing to determine the amount of damages. Because Ying Ye,

---

[1] *Rowland v. California Men's Colony*, 506 U.S. 194, 202, 113 S.Ct. 716, 121 L.Ed.2d 656 (1993); *United States v. Hagerman*, 545 F.3d 579, 581 (7th Cir. 2008).

[2] *United States v. Hagerman*, 545 F.3d 579, 581 (7th Cir. 2008).

[3] *United States v. Alacran Contracting, LLC*, No. 11-C-50126, 2015 WL 7753069, at *1 (N.D. Ill. Dec. 2, 2015).

[4] Filing No. 32.

[5] Filing No. 35.

[6] Filing No. 35 ("Motion to withdraw as counsel for defendant [32] is granted. Defendant, Global Sunrise, Inc. is directed to obtain new counsel and file appearance by 6/21/2019.").

Shawn Lin's widow, resides in Texas, Plaintiff requests that the Court conduct the hearing by videoconference.

Respectfully Submitted,

/s/ Michael Cowen
Admitted Pro Hac Vice
Texas Bar No. 13785007
Illinois (Limited Scope) 6328206
COWEN | RODRIGUEZ | PEACOCK, P.C.
6243 IH 10 West Ste 801
San Antonio, Texas 78201
Telephone: (210) 941-1301
E-Mail for Service: efilings@cowenlaw.com

DESIGNATED LOCAL COUNSEL
FOR SERVICE (L.R. 83.15):

Ken Levinson
Firm ID No. 58168
Levinson & Stefani
230 West Monroe Suite 2210
Chicago, IL 60606
Telephone: (877) 488-6871

## CERTIFICATE OF SERVICE

I, Michael Cowen, an attorney, certify that on November 8, 2021, I served a copy of the foregoing document on each party of record registered with the CM/ECF system by electronically filing it with the Clerk of the United States District Court for the Northern District of Illinois, who will send notification of such filing to each of them. I further certify that I served a copy of the foregoing document on Defendant Global Sunrise, Inc., in the following manner:

**<u>Via E-Mail, Facsimile, and First Class Mail</u>**
Global Sunrise Inc.
932 S. Spring Street
Springfield, IL 62704
Facsimile (708) 590-0916
e-mail globalsunrise2016@yahoo.com

**<u>Via E-Service</u>**
William P. Ryan
Marwedel, Minichello & Reeb, P.C.
303 W. Madison Street, Suite 100
mkock@mmr-law.com

/s/ Michael Cowen