**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Ying Ye

                              Plaintiff,

v.                                                              Case No.: 1:18–cv–01961
                                                               Honorable Elaine E. Bucklo

GlobalTranz Enterprises, Inc., et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, November 10, 2021:

      MINUTE entry before the Honorable Elaine E. Bucklo: Plaintiff's motion for default judgment [109] as to Global Sunrise, Inc. is granted. In court hearing on damages is set for 11/22/2021 at 9:45 a.m. by telephone. Counsel should promptly join the court's conference call–in number at (877) 336–1839, enter access code 2716087 and press #. Please, ensure to keep your phone on mute when you are not speaking, each speaker will be expected to identify themselves for the record. Members of the public and media will be able to call in to listen to this hearing. Audio recording of the hearing is not permitted and may lead to a contempt finding and other penalties. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Defendant's GlobalTranz Enterprises, Inc.'s motion for entry of judgment Global Sunrise, Inc.'s motion for entry of judgment pursuant to Rule 58(d) [111] is granted. Defendant is directed to submit their proposed judgment order to this court's proposed order email inbox. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.