**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Ying Ye, as Representative of the Estate of Shawn Lin, Deceased, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.: 18-cv-01961 |
| Global Sunrise, Inc. and Global Tranz Enterprises, Inc., | ) ) ) ) | Honorable Elaine E. Bucklo |
| Defendants. | ) ) | |

**JUDGMENT ORDER**

This case coming on to be heard on Defendant GlobalTranz Enterprises, Inc.'s Motion for Entry of Judgment Pursuant to Rule 58(d) of the Federal Rules of Civil Procedure, the Court having previously granted Defendant's motion to dismiss Plaintiff's claim based on negligent hiring [Doc. 74] and granted Defendant's motion for summary judgment as to Plaintiff's vicarious liability claim [Doc. 108], and all claims being resolved in favor of Defendant GlobalTranz Enterprises:

**IT IS HEREBY ORDERED:**

1. Judgment is entered in favor of Defendant GlobalTranz Enterprises, Inc. and against Plaintiff Ying Ye, as Representative of the Estate of Shawn Lin, Deceased, and

2. The Clerk of the Court is directed to enter judgment in favor of Defendant GlobalTranz Enterprises, Inc. and against Plaintiff Ying Ye, as Representative of the Estate of Shawn Lin, Deceased, in a separate document as set forth in Rule 58(a).

**Enter Order:**

*Elaine E. Bucklo*
Elaine E. Bucklo
United States District Court Judge

Dated: November 23, 2021